**Order entered February 24, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00581-CV

### SIMON MENGELE, Appellant

### V.

### UNITED TOWS, LLC AND HENRY MILLER, Appellees

**On Appeal from the County Court at Law No. 1
Dallas County, Texas
Trial Court Cause No. CC-17-06296-A**

## ORDER

Before the Court is appellant's motion for extension of time to file his opening brief. We

**GRANT** the motion and **ORDER** the brief tendered to the Clerk February 18, 2020 filed as of

the date of this order.

/s/    BILL WHITEHILL
          JUSTICE